# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **MICHAEL PATRICK ANGLEN,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 6:12-cv-03770-VEH-HGD |
| | ) |
| **CHAD ALDREDGE,** | ) |
| | ) |
| Defendant | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on March 1, 2013, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised of his right to file specific written objections with fourteen (14) days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed

without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

**DONE** and **ORDERED** this 28th day of March, 2013.

**VIRGINIA EMERSON HOPKINS**
United States District Judge